# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BANNER LIFE INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 17-cv-7097<br>) |
| DEREK M. SHELTON, and Guardian Ad Litem for Minor Children SMW, CMS, and CS, | ) Honorable Sara L. Ellis<br>)<br>) Magistrate Judge Young B. Kim<br>) |
| Defendants. | ) |

## BANNER LIFE INSURANCE COMPANY'S
## MOTION FOR FINAL JUDGMENT ORDER IN INTERPLEADER

Banner Life Insurance Company ("Banner"), by its attorneys, Donald A. Murday and Sara G. Janes, of Chittenden, Murday & Novotny, LLC, states as follows for its Motion for Final Judgment Order in Interpleader:

1. On October 2, 2017, Banner filed its Complaint for Interpleader pursuant to Fed. R. Civ. P. 22 and 28 U.S.C. § 1332(a) to resolve competing claims to the proceeds of a life insurance policy, No. 18075714 (the "Policy"), insuring the life of Ramona Shelton. (*See* Complaint for Interpleader, Docket No. 1)

2. Banner deposited its admitted liability in the amount of $1,004,849.77 that is in dispute into the Registry of this Court, subject to this Court's further orders as to whom among the Defendants is entitled to receive those proceeds. (*See* Docket No. 11). A true and correct copy of the receipt for said deposit is attached hereto as <u>Exhibit A</u>.

3. Defendants Derek M. Shelton ("Mr. Shelton"), individually, and Jean Conde as guardian ad litem for minor defendants SWM, CMS, and CS ("Ms. Conde"), are adverse

claimants to Policy proceeds. Each Defendant has waived service and has filed an Answer. (*See* Docket Nos. 17, 27). Mr. Shelton's Counterclaim against Banner was voluntarily dismissed without prejudice on February 13, 2018. (*See* Docket No. 25).

4. Banner filed its Complaint for Interpleader in good faith and has done all that is required by law to perfect its interpleader action.

5. Banner has properly served a copy of this Motion for Final Judgment Order in Interpleader on the Defendants.

6. Banner has incurred over $10,189 in attorney fees and costs in bringing this action ($9,755 in attorney fees and $434 in costs).

7. Banner submits its proposed Final Judgment Order in Interpleader to the Court via email, in accordance with this Court's case management procedures.

WHEREFORE, Plaintiff, Banner Life Insurance Company, respectfully requests that this Court enter an order:

A. Granting judgment in favor of Banner and against Defendants, Derek M. Shelton, individually, and Jean Conde as guardian ad litem for minor defendants SWM, CMS, and CS;

B. Releasing and discharging Banner, its successors, assigns, representatives, agents, attorneys, and all of its affiliated companies, including officers, directors, and employees from any and all liability under Policy No. 18075714, or arising on account of the death of Ramona Shelton, or any or all of the Defendants, Derek M. Shelton, individually, and Jean Conde as guardian ad litem for minor defendants SWM, CMS, and CS, or any person or entity claiming through them;

C. Permanently and perpetually restraining and enjoining Defendants, Derek M. Shelton, individually, and Jean Conde as guardian ad litem for minor defendants SWM, CMS, and CS, or any person or entity claiming through them, from commencing or prosecuting any proceeding or claim against Banner in any state or federal court or other forum with respect to the proceeds payable under Policy No. 18075714, or on account of the death of Ramona Shelton and that this injunction issue without bond or surety;

D. Excusing Banner from further attendance in this cause and dismissing Banner with prejudice from this cause with an express finding that, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, there is no just reason for delaying either enforcement or appeal of this Order or both;

E. Requiring Defendants to litigate their entitlement to the proceeds of the Policy among themselves without further involving Banner; and

F. Awarding Banner $10,189.00 in attorney fees and costs incurred in bringing this action; and

G. Granting Banner such other and further relief as this Court deems just and appropriate.

Dated: **April 10, 2018.**

Respectfully submitted,

**CHITTENDEN, MURDAY & NOVOTNY, LLC**.

By: /s/ Sara G. Janes
One of the Attorneys for Plaintiff
Banner Life Insurance Company

Donald A. Murday (dmurday@cmn-law.com)
Sara G. Janes (sjanes@cmn-law.com)
CHITTENDEN, MURDAY & NOVOTNY LLC
303 W. Madison Street, Suite 1400
Chicago, IL 60606
(312) 281-3600
(312) 281-3678 (fax)

**CERTIFICATE OF SERVICE**

   I hereby certify that on **April 10, 2018**, I electronically filed the foregoing **Banner Life Insurance Company's Motion for Final Judgment Order in Interpleader** herein with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, using the CM/ECF system, which sent notification of such filing to the following registered CM/ECF participants:

   Marc Weinstein, Esq.
   Marc H. Weinstein & Associates, LTD
   4415 West Harrison Street
   Suite 234
   Hillside, IL  60162
   marc@mhwlaw.net

   Jean Conde, Esq.
   Law Office of Jean Conde, P.C.
   35 East Wacker Drive, Suite 650
   Chicago, IL 60601
   jlconde@jcondelaw.com

            /s/ Sara G. Janes